IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No.    19-y-00043-STV


IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES FOR AN ORDER
AUTHORIZING THE USE OF UNDERCOVER
AGENTS/CONFIDENTIAL SOURCES AND
AUTHORIZING THE COLLECTION OF
INFORMATION IN A DRUG
TREATMENT PROGRAM

*Filed Under Restriction*

---

ORDER TO RESTRICT CASE

---

Upon the motion of the United States of America, and for good cause shown,

IT IS ORDERED that the Search Warrant, Application, and Affidavit for Search Warrant

in the above-named matter, as well as the Government's Motion to Restrict and this Order, are

restricted at a Level 3 restriction, and will be "Viewable by Filer & Court Only."


DATED this   24th   day of June, 2019.



_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO