IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No: 19-y-00043-STV

IN THE MATTER OF THE APPLICATION OF
THE UNITED STATES FOR AN ORDER
AUTHORIZING THE USE OF UNDERCOVER
AGENTS/CONFIDENTIAL SOURCES AND
AUTHORIZING THE COLLECTION OF
INFORMATION IN A DRUG TREATMENT
PROGRAM

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
11:35 am, Jul 30, 2021
**JEFFREY P. COLWELL, CLERK**

*Filed Under Restriction*

## ENTRY OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED in Denver, Colorado this 29th day of July, 2021.

          MATTHEW T. KIRSCH
          ACTING UNITED STATES ATTORNEY

By:   *s/ Bryan Fields*
      Assistant United States Attorney
      United States Attorney's Office
      1801 California Street, Suite 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0251
      Fax: 303-454-0405
      Email: bryan.fields3@usdoj.gov
      Attorney for the Government

## **CERTIFICATE OF SERVICE**

    I certify that on this 29th day of July, 2021, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                     By:  *s/ Danielle Storinsky*
                                              Legal Assistant
                                              United States Attorney's Office