IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No: 19-y-00043-STV

IN THE MATTER OF THE APPLICATION OF
THE UNITED STATES FOR AN ORDER
AUTHORIZING THE USE OF UNDERCOVER
AGENTS/CONFIDENTIAL SOURCES AND
AUTHORIZING THE COLLECTION OF
INFORMATION IN A DRUG TREATMENT
PROGRAM

*Filed Under Restriction*

_____

**ORDER TO UNRESTRICT CASE**
_____

THIS MATTER comes before the Court on the United States' Motion to Unrestrict Case, and the Court being fully apprised, ORDERS that the Motion is GRANTED and this case is unrestricted.

SO ORDERED this _____ day of _____, 2021.

BY THE COURT:

_____
HON. SCOTT T. VARHOLAK
United States Magistrate Judge